### 28217. NORTH GEORGIA FINISHING, INC. v. DI-CHEM, INC. et al.

UNDERCOFLER, Presiding Justice.

This case has been remanded to this court by the Supreme Court of the United States. That court has held that Georgia's garnishment statute is unconstitutional. Therefore, the judgment in this case is reversed.

*Judgment reversed. All the Justices concur.*

DECIDED FEBRUARY 25, 1975.

*Mitchell, Mitchell, Coppedge & Boyett, Samuel J. Brantley,* for appellant.

*H. E. Kinney, L. Hugh Kemp,* for appellees.